People v Friday (2022 NY Slip Op 50208(U))

[*1]

People v Friday (Bobby)

2022 NY Slip Op 50208(U) [74 Misc 3d 133(A)]

Decided on March 22, 2022

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on March 22, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Brigantti, Hagler, JJ.

570238/18

The People of the State of New
York, Respondent,
against
Bobby Friday,
Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York,
New York County (Steven M. Statsinger, J.), rendered March 19, 2018, convicting him,
upon his plea of guilty, of criminal possession of a weapon in the fourth degree, and
imposing sentence.

Per Curiam.
Judgment of conviction (Steven M. Statsinger, J.), rendered March 19, 2018,
affirmed.
The court properly denied defendant's suppression motion. There is no basis for
disturbing the court's credibility determinations, which are supported by the record
(see People v Prochilo, 41 NY2d 759, 761 [1977]). The officers responded to a
radio run of an incident in progress in a New York City Housing Authority building
involving a man, described as wearing a black shirt and a "black ski mask" over his face,
who was knocking on a resident's apartment door with an "instrument" that "sounded like
a gun." When police arrived at the scene about one minute later, the officers immediately
observed defendant, who matched the description, walking away from the building.
Given the very close spatial and temporal proximity between the alleged robbery with a
possible firearm and the encounter with defendant, the police had reasonable suspicion to
stop and question defendant, and to pat him down (see People v Ward, 161 AD3d
520 [2018], lv denied 32 NY3d 942 [2018]; People v Petteway, 11 AD3d
318 [2004], lv denied 4 NY3d 747 [2004]). During the frisk, an officer felt a
bulge in defendant's waistband and properly removed the object, an imitation Sig Sauer
firearm, for further inspection (see generally People v Johnson, 22 AD3d 371
[2005], lv denied 6 NY3d 754 [2005]). 
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: March 22, 2022